UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-62037-CIV-COHN/SELTZER

EDWARD BURGER, AS TRUSTEE
OF THE 2009 HUBBARD FAMILY
TRUST, a New Mexico trust, et al.,

     Plaintiffs,

vs.

JOHN HARTLEY, et al.,

     Defendants.

_____/

## FINAL JUDGMENT AGAINST DEFENDANTS PRAETORIAN FUND, LTD., G. POWER II, LLC, AND PRAETORIAN G. POWER II, LLC

**THIS CAUSE** is before the Court upon the separately entered Order Granting Plaintiffs' Motion for Entry of Default Judgment Against Defendants Praetorian Fund, Ltd., G. Power II, LLC, and Praetorian G. Power II, LLC [DE 235].

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of Plaintiffs, and against Defendants Praetorian Fund, Ltd., G. Power II, LLC, and Praetorian G. Power II, LLC in the amount of $13,575,000, plus post-judgment interest at the rate of 0.17%, as to Count I, Securities Fraud; Counts II and III, Fraud; Count IV, Conversion; Count IX, Conspiracy; and Count X, Civil Theft, of the Amended Complaint, in favor of each Plaintiff, and against Defendants Praetorian Fund, Ltd., G. Power II, LLC, and Praetorian G. Power II, LLC , in the following amounts for which let execution issue:

    a.    EDWARD BURGER, AS TRUSTEE  OF THE 2009 HUBBARD FAMILY

       TRUST, a New Mexico trust: $1,500,000, plus post judgment interest at 0.17%, representing treble its actual damages of $500,000, pursuant to election as to Count X, Civil Theft;

b.   PRAEFECTUS CAPITAL, LLC, a South Dakota Limited Liability Company: $4,025,000, plus post judgment interest at 0.17%, representing treble its actual damages of $1,375,000 pursuant to election as to Count X, Civil Theft;

c.   ALBERT ANGELO, JR.: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

d.   CRAIG ANGELO: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

e.   ROBERT MASTERSON: $450,000, plus post judgment interest at 0.17%, representing treble his actual damages of $150,000 pursuant to election as to Count X, Civil Theft;

f.   DAN MEADOWS: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft; and

g.   JERRY BAYLES: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft;

2. Plaintiffs' collection efforts shall be deferred until after entry of a judgment, in the action styled United States Securities and Exchange Commission v. John Mattera, et al., Case No. 11-cr-8323 (PKC) in the United States District Court for the Southern District of New York ("SEC Action");

3. Defendants Praetorian Fund, Ltd., G. Power II, LLC, and Praetorian G. Power II, LLC will be entitled to a credit for any moneys actually received by the Plaintiffs in this case from any restitution fund created as a result of the SEC Action or the action styled United States v. John Mattera, Case No. 11-cr-127 in the United States District Court for the Southern District of New York ("Mattera Criminal Action") or United States v. Bradford van Siclen, Case No. 11-cr-5 in United States District Court for the Southern District of New York ("van Siclen Criminal Matter);

4. This judgment is without prejudice, and in supplement to, any rights which might arise in the Plaintiffs in this case to enforce any judgments or restitution orders which are, or may be, entered in the SEC Action, or the Mattera Criminal Action, or the van Siclen Criminal Action, including that Plaintiffs shall have the right to claim in the SEC Action and/or the Mattera Criminal Action, or van Siclen Criminal Action; and

5. The Court retains jurisdiction for the purposes of enforcing this Judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of September, 2012.

_James I. Cohn_
JAMES I. COHN
United States District Judge

3

Copies provided to counsel of record and pro se parties via CM/ECF