UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-62037-CIV-COHN/SELTZER

EDWARD BURGER, AS TRUSTEE
OF THE 2009 HUBBARD FAMILY
TRUST, a New Mexico trust, et al.,

    Plaintiffs,

vs.

JOHN HARTLEY, et al.,

    Defendants.
_____/

### **FINAL JUDGMENT AGAINST DEFENDANT JOHN HARTLEY**

**THIS CAUSE** is before the Court upon the separately entered Order Granting Plaintiffs' Motion for Summary Judgment as to Defendant John Hartley; Denying Defendant John Hartley's Cross Motion for Dismissal of Amended Complaint [DE 234].

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of Plaintiffs, and against Defendant John Hartley in the amount of $13,575,000, plus post-judgment interest at the rate of 0.17%, as to Count I, Securities Fraud; Counts II and III, Fraud; Count IV, Conversion; Count IX, Conspiracy; and Count X, Civil Theft, of the Amended Complaint, in favor of each Plaintiff, and against Defendant John Hartley in the following amounts for which let execution issue:

    a.    EDWARD BURGER, AS TRUSTEE OF THE 2009 HUBBARD FAMILY TRUST, a New Mexico trust: $1,500,000, plus post judgment interest at 0.17%, representing treble its actual damages of $500,000, pursuant to

        election as to Count X, Civil Theft;

   b.   PRAEFECTUS CAPITAL, LLC, a South Dakota Limited Liability Company: $4,025,000, plus post judgment interest at 0.17%, representing treble its actual damages of $1,375,000 pursuant to election as to Count X, Civil Theft;

   c.   ALBERT ANGELO, JR.: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

   d.   CRAIG ANGELO: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

   e.   ROBERT MASTERSON: $450,000, plus post judgment interest at 0.17%, representing treble his actual damages of $150,000 pursuant to election as to Count X, Civil Theft;

   f.   DAN MEADOWS: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft; and

   g.   JERRY BAYLES: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft;

2. The Court retains jurisdiction for the purposes of enforcing this Judgment;

3. Plaintiffs are directed to serve a copy of this Judge upon Defendant John Hartley; and

4. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of September, 2012.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record and pro se parties via CM/ECF