UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-62037-CIV-COHN/SELTZER

EDWARD BURGER, AS TRUSTEE
OF THE 2009 HUBBARD FAMILY
TRUST, a New Mexico trust, et al.,

    Plaintiffs,

vs.

JOHN HARTLEY, et al.,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT AGAINST DEFENDANT JOHN HARTLEY[1]

**THIS CAUSE** is before the Court upon the separately entered Order Granting Plaintiffs' Motion for Summary Judgment as to Defendant John Hartley; Denying Defendant John Hartley's Cross Motion for Dismissal of Amended Complaint [DE 234].

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of Plaintiffs, and against Defendant John Hartley in the amount of $13,575,000, plus post-judgment interest at the rate of 0.17%, as to Count I, Securities Fraud; Counts II and III, Fraud; Count IV, Conversion; Count IX, Conspiracy; and Count X, Civil Theft, of the Amended Complaint, in favor of each Plaintiff, and against Defendant John Hartley in the following amounts for which let execution issue:

   a. EDWARD BURGER, AS TRUSTEE OF THE 2009 HUBBARD FAMILY TRUST, a New Mexico trust: $1,500,000, plus post judgment interest at

---

[1] The Final Judgment entered on September 13, 2012 [DE 243] is amended solely to correct a typographical error.

0.17%, representing treble its actual damages of $500,000, pursuant to election as to Count X, Civil Theft;

b. PRAEFECTUS CAPITAL, LLC, a South Dakota Limited Liability Company: $4,025,000, plus post judgment interest at 0.17%, representing treble its actual damages of $1,375,000 pursuant to election as to Count X, Civil Theft;

c. ALBERT ANGELO, JR.: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

d. CRAIG ANGELO: $750,000, plus post judgment interest at 0.17%, representing treble his actual damages of $250,000 pursuant to election as to Count X, Civil Theft;

e. ROBERT MASTERSON: $450,000, plus post judgment interest at 0.17%, representing treble his actual damages of $150,000 pursuant to election as to Count X, Civil Theft;

f. DAN MEADOWS: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft; and

g. JERRY BAYLES: $3,000,000, plus post judgment interest at 0.17%, representing treble his actual damages of $1,000,000 pursuant to election as to Count X, Civil Theft;

2. The Court retains jurisdiction for the purposes of enforcing this Judgment;

3.  Plaintiffs are directed to serve a copy of this Amended Final Judgement upon Defendant John Hartley; and

4.  The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of September, 2012.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record and pro se parties via CM/ECF